# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IMMERVISION, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>LG ELECTRONICS U.S.A, INC. AND<br>LG ELECTRONICS, INC.<br><br>*Defendants.* | Case No. 1:18-cv-01630-MN<br>JURY TRIAL DEMANDED |

## NOTICE OF CHANGE OF ADDRESS OF MORGAN, LEWIS & BOCKIUS LLP

**PLEASE TAKE NOTICE** that the firm of Morgan, Lewis & Bockius LLP has moved its offices to 1201 N. Market Street, Suite 2201, Wilmington, Delaware 19801. The firm's telephone numbers, facsimile number, and e-mail addresses remain the same. Please update your records accordingly.

**MORGAN, LEWIS & BOCKIUS LLP**

Dated: August 27, 2020

*/s/ John V. Gorman*
John V. Gorman (#6599)
Amy M. Dudash (#5741)
Kelsey A. Bomar (#6641)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
john.gorman@morganlewis.com
amy.dudash@morganlewis.com
kelsey.bomar@morganlewis.com
(302) 574-3000

Collin W. Park (Admitted *Pro Hac Vice*)
Jeremy Peterson (Admitted *Pro Hac Vice*)
1111 Pennsylvania Ave. NW
Washington, DC 20004
collin.park@morganlewis.com
jeremy.peterson@morganlewis.com
(202) 739-3000

Andrew V. Devkar (Admitted *Pro Hac Vice*)
2049 Century Park East, Suite 700
Los Angeles, CA 90067
andrew.devkar@morganlewis.com
(310) 907-1000

*Counsel for Defendants LG Electronics Inc. and LG Electronics U.S.A., Inc.*