UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IMMERVISION, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>LG ELECTRONICS U.S.A., INC. AND<br>LG ELECTRONICS, INC.<br><br>*Defendants.* | CA No. 1:18-cv-01630-MN<br><br>JURY TRIAL DEMANDED |
| IMMERVISION, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>LG ELECTRONICS U.S.A., INC. AND<br>LG ELECTRONICS, INC.<br><br>*Defendants.* | CA No. 1:18-cv-01631-MN<br><br>JURY TRIAL DEMANDED |

## **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FOR NONINFRINGEMENT BY LG ELECTRONICS, INC.**

Pursuant to Federal Rule of Civil Procedure 56, Local Rule 7.1.2, and the Court's Second Amended Scheduling Order (D.I. 155-1 in Case No. 1:18-cv-01630-MN and D.I. 153-1 in Case No. 1:18-cv-01631-MN), Defendants LG Electronics U.S.A., Inc. ("LGE USA") and LG Electronics, Inc. ("LGE Korea") (collectively, "Defendants") respectfully move this Court for an Order in both of the above-captioned actions granting summary judgment that LGE Korea has not infringed, and does not infringe, claims 5 and 21 of asserted U.S. Patent No. 6,844,990. The grounds for this Motion are set forth in the accompanying Brief, Concise Statement of Facts, and Declaration of John V. Gorman.

1

WHEREFORE, Defendants respectfully request that this Court grant their Motion; that the Court enter judgment of noninfringement by LGE Korea; and for such other relief as the Court deems just and proper.

Dated: July 5, 2022

        Respectfully submitted,

        MORGAN, LEWIS & BOCKIUS LLP

        */s/ John V. Gorman*
        John V. Gorman (#6599)
        Amy M. Dudash (#5741)
        Kelsey A. Bomar (#6641)
        1201 N. Market Street, Suite 2201
        Wilmington, DE 19801
        Telephone: (302) 574-3000
        john.gorman@morganlewis.com
        amy.dudash@morganlewis.com
        kelsey.bomar@morganlewis.com

        Collin W. Park (Admitted *pro hac vice*)
        Calvin M. Brien (Admitted *pro hac vice*)
        1111 Pennsylvania Ave. NW
        Washington, DC 20004
        Telephone: (202) 739-3000
        collin.park@morganlewis.com
        calvin.brien@morganlewis.com

        Andrew V. Devkar (Admitted *pro hac vice*)
        2049 Century Park East, Suite 700
        Los Angeles, CA 90067
        Telephone: (310) 907-1000
        andrew.devkar@morganlewis.com

        *Counsel for Defendants LG Electronics*
        *U.S.A., Inc. and LG Electronics, Inc.*