# Morgan Lewis

**John V. Gorman**
Partner
+1.302.574.7297
john.gorman@morganlewis.com

August 3, 2022

**VIA FEDERAL EXPRESS**

The Honorable Maryellen Noreika
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
Unit 19
Room 4324
844 N. King Street
Wilmington, DE 19801-3555

Re:   *ImmerVision, Inc. v. LG Electronics U.S.A., Inc. and LG Electronics, Inc.*
      1:18-cv-01630-MN-CJB; 1:18-cv-01631-MN-CJB

Dear Judge Noreika:

On behalf of Defendants LG Electronics U.S.A., Inc. and LG Electronics, Inc. (the "LGE Defendants"), enclosed for the Court's convenience are two identical flash drives containing hyperlinked pdf versions of:

- LGE Defendants' Opening Brief in Support of Their Motions for Summary Judgment (Civil Action No. 1:18-cv-01630, D.I. 177; Civil Action No. 1:18-cv-01631, D.I. 175);

- LGE Defendants' Brief in Opposition to Plaintiff's Motions to Partially Exclude the Testimony of Dr. Russell Chipman (Civil Action No. 1:18-cv-01630, D.I. 183; Civil Action No. 1:18-cv-01631, D.I. 180);

- LGE Defendants' Reply Brief in Support of Their Motions for Summary Judgment (Civil Action No. 1:18-cv-01630, D.I. 195; Civil Action No. 1:18-cv-01631, D.I. 193); and

- LGE Defendants' Response to Plaintiff's Statement of Material Facts as to Which There is Allegedly a Genuine Issue to be Tried (Civil Action No. 1:18-cv-01630, D.I. 194; Civil Action No. 1:18-cv-01631, D.I. 192).

**Morgan, Lewis & Bockius LLP**

1201 N. Market Street
Suite 2201
Wilmington, DE 19801        T +1.302.574.3000
United States               F +1.302.574.3001

The Honorable Maryellen Noreika
August 3, 2022
Page 2

The password to access the flash drive is: **LGe#1630_1631**.

Counsel is available should the Court have any questions regarding this submission.

Respectfully submitted,

*/s/ John Gorman*

John V. Gorman (#6599)

cc: Counsel of Record (via email w/o enclosures)