# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IMMERVISION, INC. | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | CA No. 1:18-cv-01630-MN |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| LG ELECTRONICS U.S.A., INC. AND LG ELECTRONICS, INC. | ) ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |
| IMMERVISION, INC. | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | CA No. 1:18-cv-01631-MN |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| LG ELECTRONICS U.S.A., INC. AND LG ELECTRONICS, INC. | ) ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## STIPULATION TO STAY PENDING SETTLEMENT

Plaintiff ImmerVision, Inc. ("ImmerVision") and Defendants LG Electronics U.S.A., Inc. and LG Electronics Inc. (collectively, "LGE") hereby present the Court with a Stipulation to Stay Pending Settlement;

WHEREAS, trial in these consolidated actions was scheduled to begin on November 28, 2022;

WHEREAS, the parties wish to inform the Court that they have reached an agreement in principle to settle this matter;

WHEREAS, the parties are in the process of memorializing the terms of a written settlement agreement and anticipate filing a stipulated dismissal shortly upon completion of executing an agreement;

WHEREAS, the parties now ask the Court to stay the case and continue the trial;

WHEREAS, pursuant to D. Del. L. R. 16.4, counsel certifies that a copy of this stipulation has been sent to each client;

NOW THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that the case is STAYED for thirty days while the parties finalize a settlement agreement and thereafter file a stipulated dismissal.  If the settlement agreement is not finalized within 30 days, the parties shall provide the Court a report regarding their progress toward a final settlement.

| PANITCH SCHWARZE BELISARIO & NADEL, LLP | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By: /s/ *John D. Simmons*<br>John D. Simmons (Bar No. 5996)<br>Dennis J. Butler (Bar No. 5981)<br>Keith A. Jones (Admitted *pro hac vice*)<br>Philip L. Hirschhorn (Admitted *pro hac vice*)<br>Wells Fargo Tower<br>2200 Concord Pike, Suite 201<br>Wilmington, DE 19803<br>jsimmons@panitchlaw.com<br>dbutler@panitchlaw.com<br>kjones@panitchlaw.com<br>phirschhorn@panitchlaw.com<br><br>*Counsel for Plaintiff ImmerVision, Inc.* | By: /s/ *John V. Gorman*<br>John V. Gorman (#6599)<br>Amy M. Dudash (#5741)<br>Kelsey A. Bomar (#6641)<br>1201 N. Market Street, Suite 2201<br>Wilmington, DE 19801<br>Telephone: (302) 574-3000<br>john.gorman@morganlewis.com<br>amy.dudash@morganlewis.com<br>kelsey.bomar@morganlewis.com<br><br>Collin W. Park (Admitted *pro hac vice*)<br>Calvin M. Brien (Admitted *pro hac vice*)<br>Kevin J. Spinella (Admitted *pro hac vice*)<br>1111 Pennsylvania Ave. NW<br>Washington, DC 20004<br>Telephone: (202) 739-3000<br>collin.park@morganlewis.com<br>calvin.brien@morganlewis.com<br>kevin.spinella@morganlewis.com<br><br>Andrew V. Devkar (Admitted *pro hac vice*)<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067<br>Telephone: (310) 907-1000<br>andrew.devkar@morganlewis.com |

*Counsel for Defendants LG Electronics U.S.A., Inc. and LG Electronics Inc.*

Dated: October 12, 2022

**SO ORDERED** this \_\_\_\_ day of October 2022.

_____
Maryellen Noreika, United States District Court Judge