# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IMMERVISION, INC. )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>LG ELECTRONICS U.S.A., INC. AND )<br>LG ELECTRONICS, INC. )<br>)<br>*Defendants.* )<br>_____ ) | CA No. 1:18-cv-01630-MN<br><br>JURY TRIAL DEMANDED |
| IMMERVISION, INC. )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>LG ELECTRONICS U.S.A., INC. AND )<br>LG ELECTRONICS, INC. )<br>)<br>*Defendants.* )<br>_____ ) | CA No. 1:18-cv-01631-MN<br><br>JURY TRIAL DEMANDED |

## JOINT STATUS REPORT

Pursuant to this Court's November 14, 2022 order, Plaintiff ImmerVision, Inc. and Defendants LG Electronics U.S.A., Inc. and LG Electronics Inc. hereby submit the following joint status report.

The parties have made substantial progress in finalizing their settlement of this matter and anticipate prompt completion of the process. If the case is not dismissed by December 10, 2022, the parties agree to submit a joint status report to apprise the Court of the parties' status.

| | |
|---|---|
| PANITCH SCHWARZE BELISARIO & NADEL, LLP | MORGAN, LEWIS & BOCKIUS LLP |
| By: */s/ John D. Simmons*<br>John D. Simmons (Bar No. 5996)<br>Dennis J. Butler (Bar No. 5981)<br>Keith A. Jones (Admitted *pro hac vice*) | By: */s/ John V. Gorman*<br>John V. Gorman (Bar No. 6599)<br>Amy M. Dudash (Bar No. 5741)<br>Kelsey A. Bomar (Bar No. 6641) |

| | |
|---|---|
| Philip L. Hirschhorn (Admitted *pro hac vice*) <br> Wells Fargo Tower <br> 2200 Concord Pike, Suite 201 <br> Wilmington, DE 19803 <br> jsimmons@panitchlaw.com <br> dbutler@panitchlaw.com <br> kjones@panitchlaw.com <br> phirschhorn@panitchlaw.com <br><br> *Counsel for Plaintiff ImmerVision, Inc.* | 1201 N. Market Street, Suite 2201 <br> Wilmington, DE 19801 <br> Telephone: (302) 574-3000 <br> john.gorman@morganlewis.com <br> amy.dudash@morganlewis.com <br> kelsey.bomar@morganlewis.com <br><br> Collin W. Park (Admitted *pro hac vice*) <br> Calvin M. Brien (Admitted *pro hac vice*) <br> Kevin J. Spinella (Admitted *pro hac vice)* <br> 1111 Pennsylvania Ave. NW <br> Washington, DC 20004 <br> Telephone: (202) 739-3000 <br> collin.park@morganlewis.com <br> calvin.brien@morganlewis.com <br> kevin.spinella@morganlewis.com <br><br> Andrew V. Devkar (Admitted *pro hac vice*) <br> 2049 Century Park East, Suite 700 <br> Los Angeles, CA 90067 <br> Telephone: (310) 907-1000 <br> andrew.devkar@morganlewis.com <br><br> *Counsel for Defendants LG Electronics U.S.A., Inc. and LG Electronics Inc.* |

Dated: November 29, 2022