# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IMMERVISION, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>LG ELECTRONICS U.S.A., INC. and LG ELECTRONICS INC.,<br><br>*Defendant.* | Civil Action No. 18-cv-01630-MN-CJB |
| IMMERVISION, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>LG ELECTRONICS U.S.A., INC. and LG ELECTRONICS INC.,<br><br>*Defendant.* | Civil Action No. 18-cv-01631-MN-CJB |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff ImmerVision, Inc. and Defendants LG Electronics U.S.A., Inc. and LG Electronics Inc. hereby stipulate to a dismissal of all claims in this action with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: December 1, 2022

MORGAN, LEWIS & BOCKIUS LLP

*/s/John V. Gorman*
John V. Gorman (#6599)
Amy M. Dudash (#5741)
Kelsey A. Bomar (#6641)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801

Respectfully submitted,

PANITCH SCHWARZE BELISARIO & NADEL LLP

*/s/John D. Simmons*
John D. Simmons (#5996)
Dennis J. Butler (#5981)
Wells Fargo Tower
2200 Concord Pike, Suite 201

| | |
|---|---|
| Telephone: (302) 574-3000<br>john.gorman@morganlewis.com<br>amy.dudash@morganlewis.com<br>kelsey.bomar@morganlewis.com | Wilmington, DE 19803<br>Telephone: (302) 394-6001<br>jsimmons@panitchlaw.com<br>dbutler@panitchlaw.com |
| Collin W. Park (Admitted *pro hac vice*)<br>Calvin M. Brien (admitted *Pro Hac Vice*)<br>1111 Pennsylvania Ave. NW<br>Washington, DC 20004<br>Telephone: (202) 739-3000<br>collin.park@morganlewis.com<br>calvin.brien@morganlewis.com | Keith Jones (Admitted *pro hac vice*)<br>Two Commerce Square<br>2001 Market Street, Suite 2800<br>Philadelphia, PA 19103<br>Telephone: (215) 965-1330<br>kjones@panitchlaw.com |
| Andrew V. Devkar (Admitted *pro hac vice*)<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067<br>Telephone: (310) 907-1000<br>andrew.devkar@morganlewis.com | |
| *Counsel for Defendants LGElectronics U.S.A., Inc. and LG Electronics Inc.* | *Counsel for Plaintiff ImmerVision, Inc.* |